UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELLENIC INVESTMENT FUND INC, | § |
| | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. H-04-3010 |
| | § |
| DET NORSKE VERITAS, *et al*, | § |
| | § |
| Defendant. | § |

### **JUDGMENT**

Because of the Court's Memorandum and Order of today's date, this case is DISMISSED.  *See* Fed. R.Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 19th day of July, 2005.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS**

**ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY**

**AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN**

**SENT ONE BY THE COURT.**